UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUHAMMED KHLAIFA,

    Plaintiff,

v.

    Case No. 11-cv-11841
    Paul D. Borman
    United States District Judge

LUBERT ADLER, INC., a Domestic
Profit Corporation; LUBERT-ADLER
MANAGEMENT GP, LLC, a Foreign
Limited Liability Company; LUBERT
ADLER MANAGEMENT COMPANY, LLC,
a Foreign Limited Liability Company;
LUBERT-ADLER MANAGEMENT, LLC,
a Foreign Limited Liability Company,

    Defendants.

_____/

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

On April 27, 2011, Defendants Lubert Adler Management Company, LLC, and Lubert-Adler Management, LLC, filed a Notice of Removal asserting subject matter jurisdiction based on diversity of citizenship. (Dkt. No. 1.) On May 9, 2011, the Court issued an Order to Show Cause why this case should not be remanded, specifically noting five significant defects with Defendants' filing. (Dkt. No. 5.) Defendants responded on May 24, 2011. (Dkt. No. 7.)

Pursuant to Defendants' First Amended Notice of Removal (Defs.' Resp. Ex. 7), the Court finds the May 9, 2011 Order to Show Cause satisfied. The Court notes, however, that this Order does not render subject-matter jurisdiction indisputable or conclusively established. Federal Rule

1

of Civil Procedure 12(h)(3) states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." *See also Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006) (noting that "[t]he objection that a federal court lacks subject-matter jurisdiction . . . may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment.").

**SO ORDERED.**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

Dated: 6-29-11
Detroit, Michigan